B & R LUNCHEONETTE, INC., Appellant, *v.* FAIRMONT THEATRE CORP., Respondent.

Submitted June 1, 1951; decided July 11, 1951.

*Sidney J. Loeb* and *Alfred Sobol* for motion.

*Thomas Bress* and *Leopold Friedman* opposed.

Motion dismissed on the ground that there is no showing that an appeal is pending in the Court of Appeals.